IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| TIG Insurance Company, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 08 C 522 |
| v. | ) | |
| | ) | Judge Gottschall |
| Global Reinsurance Corporation of America, | ) | Magistrate Judge Cox |
| | ) | |
| Defendant. | ) | |

## GLOBAL'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)

Defendant, GLOBAL Reinsurance Corporation of America, f/k/a Gerling Global Reinsurance Corporation of America ("GLOBAL"), by and through its attorneys, Bates & Carey LLP, hereby requests that, for the convenience of the parties and the witnesses, this matter be transferred to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 1404(a). In support of its motion to transfer, GLOBAL submits its brief in support filed concurrent herewith.

DATED: January 25, 2008

                                                Respectfully submitted,

                                                s/ Mark G. Sheridan
                                                One of the Attorneys for Defendant
                                                GLOBAL Reinsurance Corporation of America

Mark G. Sheridan (Illinois Bar No. 6207803)
James L. Wideikis (Illinois Bar No. 6278707)
BATES & CAREY LLP
191 North Wacker Drive
Suite 2400
Chicago, IL 60606
312-762-3100 (Phone)
312-762-3200 (Fax)

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 25, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following counsels of record:

Eric A. Haab
LOVELLS LLP
330 North Wabash, Suite 1900
Chicago, IL 60611
312-832-4400 (Phone)
312-832-4444 (Fax)

s/ Mark G. Sheridan
One of the Attorneys for Defendant
GLOBAL Reinsurance Corporation of America

244554v1