IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TIG Insurance Company, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Global Reinsurance Corporation of )<br>America, )<br>)<br>Defendant. ) | Case No. 08 C 522<br><br>Judge Joan B. Gottschall<br>Magistrate Judge Cox |

**NOTICE OF MOTION**

On February 7, 2008 at 9:30 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Joan B. Gottschall, or any judge sitting in her stead, in Courtroom 2325 usually occupied by her at the U.S. District Court, Northern District of Illinois, 219 S. Dearborn, Chicago, Illinois, and shall then and there present the **Motion to Transfer Venue pursuant to 28 U.S.C. § 1404**, a copy of which is attached and hereby served upon you.

DATED:  January 25, 2008

                                            Respectfully submitted,

                                            s/ Mark G. Sheridan
                                            One of the Attorneys for Defendant
                                            GLOBAL Reinsurance Corporation of America

Mark G. Sheridan (Illinois Bar No. 6207803)
James L. Wideikis (Illinois Bar No. 6278707)
BATES & CAREY LLP
191 North Wacker Drive
Suite 2400
Chicago, IL 60606
312-762-3100 (Phone)
312-762-3200 (Fax)

2

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that on January 25, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following counsels of record:

Eric A. Haab
LOVELLS LLP
330 North Wabash, Suite 1900
Chicago, IL 60611
312-832-4400 (Phone)
312-832-4444 (Fax)

                                         s/ Mark G. Sheridan
                                         One of the Attorneys for Defendant
                                         GLOBAL Reinsurance Corporation of America

244754v1