**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

TIG Insurance Company

                                   Plaintiff,

v.                                              Case No.: 1:08−cv−00522
                                                         Honorable Joan B. Gottschall

Global Reinsurance Corporation of America

                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 21, 2008:

       MINUTE entry before Judge Joan B. Gottschall : Motion hearing held on 2/21/2008 regarding motion to dismiss[9], motion to transfer case[4] and continued to 3/6/2008 at 9:30AM. If this matter has not settled, the briefing schedule as to the pending motions is as follows: Responses due by 3/20/2008. Replies due by 4/3/2008. Ruling by mail. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.