## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

TIG Insurance Company

Plaintiff,

v.                                                     Case No.: 1:08−cv−00522

                                                       Honorable Joan B. Gottschall

Global Reinsurance Corporation of America

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 6, 2008:

        MINUTE entry before Judge Joan B. Gottschall :Motion hearing held on 3/6/2008 regarding motion to dismiss[9], motion to transfer case[4] and continued to 3/13/2008 at 09:30 AM. Settlement negotiations pending. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.