IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **TIG Insurance Company**, <br><br> Plaintiff, <br><br> v. <br><br> **Global Reinsurance Corporation of America,** <br><br> Defendant. | Case No. 08 CV 00522 <br><br> Judge Joan Gottschall |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on March 12, 2008, we filed with the United States District Court, Northern District of Illinois, a **Stipulation of Dismissal,** a copy of which is attached and hereby served upon you.

Dated: March 12, 2008

                                                  Respectfully submitted,

                                                  TIG Insurance Company

                                                  By:    /s/ Jeannine D. Sims
                                                               One of Its Attorneys

Eric A. Haab - 6201275
Robin C. Dusek - 6255875
Jeannine D. Sims - 6290772
LOVELLS LLP
330 N. Wabash Ave., Suite 1900
Chicago, IL 60611
312-832-4000
312-832-4400 (fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **TIG Insurance Company** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 08 CV 00522 |
| | ) | |
| **Global Reinsurance Corporation of America** | ) | Hon. Joan G. Gottschall |
| | ) | |
| **Defendant.** | ) | |

### STIPULATION OF DISMISSAL

NOW COME the Plaintiff, TIG Insurance Company, by and through its attorneys, LOVELLS LLP, and the Defendant, GLOBAL Reinsurance Corporation of America, f/k/a Gerling Global Reinsurance Corporation of America ("GLOBAL"), by and through its attorneys, BATES & CAREY LLP, and, pursuant to Fed. R. Civ. Proc. 41(a)(1) and the confidential settlement reached by the parties, stipulate to the dismissal of the Plaintiff's claims against the Defendant in their entirety with prejudice. Each party shall bear its own costs, expenses and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| /s/ Robin C. Dusek | /s/ James L. Wideikis |
| | |
| Eric A. Haab | Mark G. Sheridan |
| Robin C. Dusek | James L. Wideikis |
| LOVELLS LLP | BATES & CAREY LLP |
| 330 North Wabash, Suite 1900 | 191 North Wacker Drive, Suite 2400 |
| Chicago IL 60611 | Chicago, IL 60606 |
| (312) 832-4400 | (312) 762-3100 |
| | |
| **Counsel for Plaintiff** | **Counsel for Defendant** |
| | |
| Date: March 11, 2008 | Date: March 11, 2008 |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he caused a true and correct copy of the attached **Stipulation of Dismissal** to be served by upon:

>Mark G. Sheridan
>James L. Wideikis
>Bates & Carey LLP
>191 North Wacker Drive
>Suite 2400
>Chicago, IL 60606

via the court's electronic filing system, this 12th day of March, 2008.

>/s/   Jeannine D. Sims
>       Jeannine D. Sims