IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **TIG Insurance Company** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 08 CV 00522 |
| | ) |
| **Global Reinsurance Corporation of America** | ) Hon. Joan B. Gottschall |
| | ) |
| **Defendant.** | ) |

### ORDER

This matter coming to be heard on the Stipulation of Dismissal filed by Plaintiff TIG Insurance Company and Defendant Global Reinsurance Corporation of America, pursuant to Fed. R. Civ. Proc. 41(a)(1) and the confidential settlement reached by the parties,

IT IS HEREBY ORDERED that the claims brought by Plaintiff TIG Insurance Company against Defendant GLOBAL Reinsurance Corporation of America, f/k/a Gerling Global Reinsurance Corporation of America ("GLOBAL") are dismissed with prejudice, with each party to bear its own costs and attorneys' fees. Any pending motions or schedules are stricken as moot.

_____
United States District Judge

Entered: _____