Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 522 | **DATE** | 3/13/2008 |
| **CASE TITLE** | TIG Insurance Company vs. Global Reinsurance Corporation | | |

**DOCKET ENTRY TEXT**

Enter Order. It is hereby ordered that the claims brought by Plaintiff against Defendant are dismissed with prejudice, with each party to bear its own costs and attorneys' fees. Any pending motions or schedule are stricken as moot. Civil case terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | RJ |
|---|---|---|